**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1426**

SUSAN HESTER-CARRILLO,

               Plaintiff - Appellant,

          v.

HONORABLE ANN KORBEL-ALBRIGHT; ANNE HURWITZ, Senior Court
Evaluator Visitation Supervision Program; LEWIS NORDAN,
Therapist II; ISIAH LEGGETT, Montgomery County Executive;
CHRIS KUNZ, Attorney,

               Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Paul W. Grimm, District Judge.  (8:15-
cv-00012-PWG)

Submitted:  June 25, 2015          Decided:  June 29, 2015

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Susan Hester-Carrillo, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Susan Hester-Carrillo appeals the district court's order dismissing her 42 U.S.C. § 1983 (2012) complaint for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Hester-Carrillo v. Korbel-Albright, No. 8:15-cv-00012-PWG (D. Md. Mar. 24, 2015). We deny Hester-Carrillo's motion for transcripts at Government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED